IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| KARL RUDOLPH LENTZ, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| vs. | ) CIVIL ACTION NO. 2:07cv641-WHA |
| | ) |
| STATE OF ALABAMA, | ) |
| | ) |
| Defendant. | ) |

## ORDER

This case is hereby referred to Magistrate Judge Wallace Capel for action or recommendation on all pretrial matters.

DONE this 17th day of July, 2007.

/s/ W. Harold Albritton
W. HAROLD ALBRITTON
SENIOR UNITED STATES DISTRICT JUDGE